UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANDREW LOCKHART, et al.,

    Plaintiffs,

v.

JAY R DELANEY, et al.,

    Defendants.

Case No. 16-cv-01583-MEJ

**ORDER VACATING CMC AND ORDERING SUPPLEMENT RESPONSE**

    This matter is currently scheduled for a Case Management Conference on June 30, 2016. However, in advance of a Case Management Conference, the Court requires the parties to address an issue raised by their Case Management Conference Statement, Dkt. No. 11, and Plaintiff's Complaint, Dkt. No. 1. Accordingly, the Case Management Conference and all related deadlines are hereby **VACATED**. The conference will be rescheduled, if necessary, after the parties address the issue below.

    Specifically, it appears this case is based on a prior case before this Court, *Lockhart, et al. v. Kathleen Delaney, et al.*, Case No. 14-2593-MEJ (N.D. Cal.) (removed to this Court on June 5, 2014) (hereafter referred to as "Underlying Action"). That case was conditionally dismissed on October 26, 2015 after the parties notified the Court they had agreed to a settlement. *See* Underlying Action, Dkt. No. 22. In that Order, the Court advised the parties that the conditional dismissal would become a dismissal with prejudice within ninety (90) days if the parties did not direct the Court otherwise. *Id.* Receiving nothing further from the parties, the dismissal became final with prejudice on January 24, 2016. *Id.* Now, however, Plaintiffs Lesley and Andrew Lockhart have filed the present action based on the alleged breach of the settlement agreement in the Underlying Action, but seemingly assert claims seeking essentially the same form of relief as

in the Underlying Action. Defendants have filed an Answer to the Complaint in this action, and in their portion of the Case Management Conference Statement, Defendants indicate they intend to file a summary judgment motion, but do not indicate that they have any concern about the dismissal in the underlying case.

Before setting a schedule in this matter, the Court **ORDERS** the parties to file a joint statement indicating whether the dismissal of the Underlying Action with prejudice potentially affects the claims in this case, and if so, whether the Court should set a briefing schedule on that issue in advance of the parties' summary judgment briefing. The parties' statement should be no longer than 8 pages, double-spaced, and must be filed **by July 8, 2016.**

**IT IS SO ORDERED.**

Dated: June 24, 2016

_____
MARIA-ELENA JAMES
United States Magistrate Judge